

IN THE
TENTH COURT OF APPEALS

No. 10-14-00322-CV

BRAD BOWER,

Appellant

v.

AMERICAN LUMBER, INC.,

Appellee

From the 85th District Court
Brazos County, Texas
Trial Court No. 13-002584-CV-85

ORDER

American Lumber, Inc.'s motion for rehearing is denied.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed May 14, 2015

